IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WANDEL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-CV-15672 |
| v. | ) | |
| | ) | |
| NORTH PARK SCHEDULED OPERATIONS, | ) | Judge Elaine E. Bucklo |
| D/B/A CHICAGO TRANSIT AUTHORITY | ) | |
| | ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    Mohammed Omar Badwan
         Yasmeen Elagha

On **Thursday, January 29, 2025, at 9:45 a.m.** or soon thereafter, I shall notice before the **Honorable Judge Elaine E. Bucklo** or any judge sitting in her stead, the filed (Docket Entry Number 15) **DEFENDANT CHICAGO TRANSIT AUTHORITY'S UNOPPOSED MOTION TO RECAPTION CASE AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**.

As set forth in Judge Elaine E. Bucklo's Standing Order, appearance in court for the motion is **not required** (the presentment date is for tracking purposes only), and the Court will rule by written order.

Respectfully submitted,

By:    /s/ Michael Knight
         One of Defendant's
         Attorneys of Record

Andrew Scott
Michael Knight
CHICAGO TRANSIT AUTHORITY
567 W. LAKE STREET
CHICAGO, IL  60661-1465
312.681.2928 -  Phone
mknight@transitchicago.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 23, 2026, a true and correct copy of this Notice of Motion was filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all parties registered with the Court's CM/ECF system.

/s/   Michael Knight
One of the Attorneys
for Defendant
